UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

Isagani P. Dela Peña, Jr.

v.

United States of America.

Case Number: CR 00-00126
CV 04-00004

**PROOF OF SERVICE BY MAIL**

I hereby certify that on 9 August 2005, I served a copy of the attached Notice of Appeal + Motion for Certificate of Appealability, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at the U.S. Penitentiary at Atwater, CA:

(List Name and Address of Each Defendant or Attorney Served)

Frederick A. Black
U.S. Attorney
Sirena Plaza Ste. 500
108 Hernan Cortes
Agana, GU 96910

I declare under penalty of perjury that the foregoing is true and correct.

*Isagani DelaPeña*
(Name of Person Completing Service)