# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Isagani P. Dela Pena, Jr., <br><br> Petitioner, <br><br> vs. <br><br> United States of America, <br><br> Respondent. | Case No. 1:00-cr-00126 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Denying Motion for Certificate of Appealability and Notice of Entry of Order filed March 31, 2006***, on the dates indicated below:

*U.S. Attorney's Office*
*March 31, 2006*
The following individual was served by first class mail on April 4, 2006:

   Isagani P. Dela Pena, Jr.

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Denying Motion for Certificate of Appealability and Notice of Entry of Order filed March 31, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 4, 2006                            /s/ Marilyn B. Alcon
                                                            Deputy Clerk