FILED

SEP 28 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISAGANI P. DELA PENA, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 06-15720 <br><br> D.C. No. CV-04-00004-JSU <br> District of Guam, <br> Hagatna <br><br> ORDER |

FILED
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

Before: REINHARDT and O'SCANNLAIN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 28 2006

by: Deputy Clerk

RESEARCH