**FILED**
OCT 18 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-15720 |
| Plaintiff - Appellee | D.C. No. CV-04-00004-JSU |
| v. | CR-00-00126-1-JSU |
| ISAGANI P. DELA PENA, JR., | District of Guam, Hagatna |
| Defendant - Appellant | AMENDED ORDER |

**FILED**
DISTRICT COURT OF GUAM
OCT 23 2006
MARY L.M. MORAN
CLERK OF COURT

Before: REINHARDT and O'SCANNLAIN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

OCT 18 2006

by: _____
Deputy Clerk