# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff-Appellee, | |
| vs. | **Case No: 1:00-cr-00126** |
| **ISAGANI DELA PENA, JR.,** | |
| Defendant-Appellant. | |

The following entity was served by first class mail on October 24, 2006:

    Isagani Dela Pena, Jr.

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*USCA Order, filed October 10, 2006 and Amended USCA Order, filed October 23, 2006*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 24, 2006              /s/ Marilyn B. Alcon
                                                                            Deputy Clerk